No. 369. WICHITA FALLS & SOUTHERN R. CO. ET AL. *v.* HOLBROOK. October 14, 1935. Petition for writ of cer-

tiorari to the Supreme Court of Texas denied. *Mr. John B. King* for petitioners. *Mr. Raymond E. Beck* for respondent.